Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-10-00022-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  April 7, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On January 12, 2010, relator Jason Miears filed two petitions for writ of mandamus, complaining of the trial court's failure to dismiss his counsel.  The court has considered relator's petitions for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petitions for writ of mandamus are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.